**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**CRIMINAL ACTION**

**VERSUS**

**NO. 15-173-BAJ-EWD**

**JESSE ALLAN BURCHAM**

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

NOW INTO COURT, comes the defendant, JESSE ALLAN BURCHAM, through undersigned counsel who respectfully requests the Honorable Court to continue the sentencing hearing currently scheduled for March 23, 2017 for two or three weeks, in this matter for the following reasons:

I.

The defendant hopes to be a future productive member of society by completing the course program he is currently enrolled in. As the attached letter states the defendant is currently registered as a full-time student in the Welding Technology Program at Southern Technical College. (See attached letter). The defendant started the program on March 14, 2016, and is expected to graduate on March 30, 2017.

II.

The United States Attorney's office has no objection to this motion.

WHEREFORE, the defendant, JESSE ALLAN BURCHAM, respectfully requests that the Sentencing hearing in this matter be continued for two or three weeks.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ John E. DiGiulio
JOHN E. DIGIULIO
Louisiana Bar No. 04941
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
Email: john@manassehandgill.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE ALLAN BURCHAM**

**CRIMINAL ACTION**

**NO. 15-173-BAJ-EWD**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Unopposed Motion to Continue for two or three weeks has this day been electronically filed by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana, this 10th day of February, 2017.

s/ John E. DiGiulio
JOHN E. DIGIULIO