**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | |
| **JESSE ALLAN BURCHAM** | **NO.: 15-00173-BAJ-EWD** |

**ORDER**

**IT IS ORDERED** that the **Unopposed Motion to Continue Sentencing (Doc. 64)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the sentencing date is reset to **Friday, April 21st, 2017 at 9:30 a.m.**

Baton Rouge, Louisiana, this 16th day of February, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**