**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**CRIMINAL ACTION**

**VERSUS**

**NO. 15-173-BAJ-EWD**

**JESSE ALLAN BURCHAM**

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PSR**

**1.**

The defendant has consented to a presentence investigation and report in advance of a formal finding of guilt by the court.

**2.**

The Pre-sentence Report was issued on February 8, 2017. The due date for the defendant to file any objections to the Presentencing Report in his case is currently set for February 20, 2017. Sentencing is currently set for April 21, 2017.

**3.**

There is additional information that the pre-sentence report indicates is still missing in spite of Mr. Burcham's full cooperation in signing releases, including more complete military and VA records.

**4.**

Defendant respectfully requests this Honorable Court grant him an additional thirty (30) days until March 22, 2017, to prepare and file any objections to the PSR. The probation officer preparing the presentence report has been advised of this request and has no objection to an extension of time to file objections to the Pre-Sentence Report.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE &**
**BÉLANGER, P.L.C.**

s/ John E. Di Giulio
JOHN E. DI GIULIO
Louisiana Bar No. 04941
Attorney for Defendant
8075 Jefferson Hwy.
Baton Rouge, LA 70809
(225) 383-9703 (Telephone)
(225) 383-9704 (Facsimile)
Email: john@manassehandgill.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE ALLAN BURCHAM**

**CRIMINAL ACTION**

**NO. 15-173-BAJ-EWD**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE PSR with the Clerk of Court by using the CM/ECF. Additionally, a copy will be e-mailed to Probation Officer Danielle A. Stevens.

Baton Rouge, Louisiana this 20th day of February, 2017.

s/ John E. Di Giulio
JOHN E. DI GIULIO