UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA CRIMINAL ACTION

VERSUS

JESSE ALLAN BURCHAM NO.: 15-00173-BAJ-EWD

ORDER

**IT IS ORDERED** that the Defendant's **Motion for Extension of Time to File Objections to the PSR (*sic*) (Doc. 66)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for filing objections to the Presentence Investigation Report is reset to **March 22, 2017**.

Baton Rouge, Louisiana, this 22nd day of February, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**