**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**CRIMINAL ACTION**

**VERSUS**

**NO. 15-173-BAJ-EWD**

**JESSE ALLAN BURCHAM**

**UNOPPOSED MOTION TO RE-SET SENTENCING DATE**

NOW INTO COURT, comes the defendant, JESSE ALLAN BURCHAM, through undersigned counsel who respectfully request the Honorable Court to re-set the sentencing date currently scheduled for April 21, 2017 to April 19, 2017, in this matter for the following reasons:

I.

The defendant filed a motion to continue sentencing on February 10, 2017 in order to complete his education. The motion was granted on February 16' 2017. The new sentencing date is now scheduled for April 21, 2017. On this date the defendants counsel has a long outstanding motions date in a court in Lake Charles. In order to not have a conflict or prolong the sentencing date the defendant asks the court to advance the date by two days and re-set the matter for April 19 2017.

II.

The United States Attorney's office has no objection to this motion.

WHEREFORE, the defendant, JESSE ALLAN BURCHAM, respectfully requests that the Sentencing hearing of this matter be re-set for April 19, 2017.

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ John E. DiGiulio
JOHN E. DIGIULIO
Louisiana Bar No. 04941
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
john@manassehandgill.com

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ Caitlin M. A. Chugg
CAITLIN M. A. CHUGG
Louisiana Bar No. 35708
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, LA 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
caitlin@manassehandgill.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE ALLAN BURCHAM**

**CRIMINAL ACTION**

**NO. 15-173-BAJ-EWD**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Unopposed Motion to re-set sentencing date has this day been electronically filed by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana, this 23rd day of March, 2017.

s/ John E. DiGiulio
JOHN E. DIGIULIO

s/ Caitlin M. A. Chugg
CAITLIN M. A. CHUGG

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE ALLAN BURCHAM**

**CRIMINAL ACTION**

**NO. 15-173-BAJ-EWD**

**ORDER**

Considering the foregoing unopposed motion to Re-set sentencing to date April 19, 2017, the reasons set forth therein, and upon a finding that the requested period of delay of sentencing is appropriate and unopposed; the motion to continuing sentencing hearing is GRANTED.

IT IS ORDERED that the Sentencing which is scheduled for April 21, 2017, be re-setuntil the ____ day of ______________, 2017, at ______.m..

Baton Rouge, Louisiana, this ____ day of ________________, 2017.

______________________________

J U D G E