**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA** — **CRIMINAL ACTION**

**VERSUS**

**JESSE ALLAN BURCHAM** — **NO.: 15-00173-BAJ-EWD**

# ORDER

**IT IS ORDERED** that the **Unopposed Motion to Re-Set Sentencing Date (Doc. 68)** by Defendant is **GRANTED**.

**IT IS FURTHER ORDERED** that the sentencing date is reset to **Wednesday, April 19th, 2017 at 9:30 a.m.**

Baton Rouge, Louisiana, this 27th day of March, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**