**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| *versus* | : | CRIMINAL NO. 15-173-BAJ-EWD |
| | : | |
| JESSSE ALLAN BURCHAM | : | |

**WAIVER OF RULE 32 DELAYS**

In the above-numbered and entitled proceeding, the defendant, JESSSE ALLAN BURCHAM, and the United States of America, through undersigned counsel, voluntarily waive the time delays set forth in Rule 32, Federal Rules of Criminal Procedure, including, but not limited to, the following: (a) the right to receive the presentence report at least 35 days before the sentencing hearing; (b) the right to have at least 14 days to communicate, in writing, to the probation officer any objections to any material information, sentencing classifications to any material information, sentencing guideline ranges, and policy statements contained in or omitted from the presentence report; and (c) the right to receive any revision to the presentence report and any addendum to the presentence report at least 7 days before the sentencing hearing.

Dated this 19th day of April, 2017.

JAMIE A. FLOWERS, JR.
ASSISTANT U.S. ATTORNEY

JESSE ALLAN BURCHAM
DEFENDANT

JOHN E. DIGIULIO
ATTORNEY FOR DEFENDANT