**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**

**VERSUS**

**JESSE BURCHAM**

**CRIMINAL ACTION**

**NO. 15-173-BAJ-EWD**

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that, JESSE BURCHAM, hereby appeal to the United States Court of Appeals for the Fifth Circuit Court of Appeal from the Order denying the motion to suppress evidence on September 30, 2016 and the final judgment of conviction derived from that order on April 19, 2017 .

Respectfully Submitted:

**MANASSEH, GILL, KNIPE & BÉLANGER, P.L.C.**

s/ John E. DiGiulio
JOHN E. DIGIULIO
Louisiana Bar No. 04941
Attorney for Defendant
8075 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 383-9703
Fax: (225) 383-9704
john@manassehandgill.com

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-173-BAJ-EWD** |
| **JESSE BURCHAM** | |

**CERTIFICATE OR SERVICE**

I DO HEREBY CERTIFY that I electronically filed the foregoing DEFENDANTS NOTICE TO APPEAL with the Clerk of Court by using the CM/ECF which will send a notice of electronic filing to opposing counsel in the United States Attorney's Office.

Baton Rouge, Louisiana this 27th day of April, 2017.

s/ John E. DiGiulio
JOHN DI GIULIO