UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS

JESSE ALLAN BURCHAM                         NO. 15-00173-BAJ-EWD

### RULING AND ORDER

Before the Court is Defendant's **Motion for Early Termination of Supervised Release (Doc. 82),** in which the Defendant, having served 38 months of supervised release, moves for the early termination of his 5-year term. The Government opposes the Motion (Doc. 86). For the reasons stated herein, the Defendant's Motion will be granted.

Section 3564(c) of the United States Code confers broad discretion on the District Courts to terminate a term of supervised release. *See* 18 U.S.C. § 3564(c). *See also United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998) ("In sum, the statute confers broad discretion."). Pursuant to the statute, the Court, after considering the factors set forth in 18 U.S.C. § 3553(a), may terminate a term of supervised release previously ordered "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c).

In its Opposition, the Government asserts that other District Courts have "generally held that 'something more than compliance with the terms of probation' is required to justify early termination." (*See* Doc. 86 at p. 3 (citing *United States v. Reed*, CR 15-100, 2020 WL 4530582, at *2 (E.D. La. June 5, 2020))). The Government

**WHEREAS,** on April 21, 2017, the Court entered its judgment sentencing Defendant to 46 months imprisonment and 5 years of supervised release (Doc. 75); and

**WHEREAS,** on September 12, 2022, Defendant filed a **Motion For Early Termination Of Supervised Release (Doc. 82)**, seeking early termination of Defendant's term of supervised release pursuant to 18 U.S.C. § 3564(c), and showing that Defendant has served 38 months of his 5-year term of supervised release, has passed all but one of his drug screenings, has completed all classes required of him, has paid his assessment fee, has maintained a stable employment and residence, has satisfactorily complied with all conditions of supervised release, has no recent arrests or convictions, and does not otherwise present a safety risk; and

**WHEREAS,** the U.S. Probation Office recommends termination of Defendant's probation prior to the expiration date in July 2024; and

**WHEREAS,** in consideration of the foregoing, the Court determines that Defendant is statutorily eligible for early termination of supervised release under the provisions of 18 U.S.C. § 3564(c), and that the goals of sentencing and the interests of justice will be served by early termination of Defendant's term of supervised release,

**IT IS ORDERED** that Defendant's term of supervised release be and is hereby **REDUCED** to **TIME-SERVED**, and that Defendant's term of probation be and is hereby **TERMINATED** as of the date of this Order.

Baton Rouge, Louisiana, this 13th day of December, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**